Nancy J. Meserow, OSB# 820895
njm@meserolaw.com
Law Office of Nancy J. Meserow
7540 S.W. 51st Ave.
Portland, Oregon 97219
Ph. 503-560-6788   Fax 503-954-1517
Plaintiff's Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RAYMOND BAIR | CV# 3:17-CV-00622-BR |
| Plaintiff, | |
| v. | ORDER FOR ATTORNEY FEES UNDER 42 U.S.C § 406(B) |
| COMMISSIONER SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Pursuant to U.S.C. § 406(b), reasonable fees in the amount of $37,955.00 are hereby awarded to Plaintiff's attorney, Nancy J. Meserow. Previously this Court awarded Plaintiff EAJA fees of $14,750, to be paid by the government, and not out of Bair's benefits. When issuing the 406(b) fee check to Ms. Meserow, the Agency is therefore directed to subtract the amount actually paid as EAJA fees, which totals $14,750.00, and send to Ms. Meserow the balance remaining of the $23,205.00 attorney fees hereby ordered, by check payable to Ms. Meserow in the amount of $23,205.00. Any withheld amount then remaining from Plaintiff's awarded benefits should be released to Plaintiff by Defendant as soon as practicable.

IT IS SO ORDERED this _22nd_ day of _August_, 2018.

_____
Anna Brown, U.S. SENIOR DISTRICT JUDGE